UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| In re:<br><br>The RHODES COMPANIES, LLC, aka "Rhodes Homes," et al.,<br><br>Reorganized Debtors.<br><br>THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC. ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES M. RHODES, et al.,<br><br>Defendants. | Case No. 2:12-cv-01272-MMD-VCF<br><br>Bankruptcy Case No. BK-09-14814-LBR<br>(Jointly Administered)<br>Chapter 11<br>Adversary No. 12-01099-LBR<br><br>ORDER |

Before the Court is the parties' application for a status check as to the disposition of the Rhodes Defendants' Objection (dkt. no. 26) and the Litigation Trust's Objection (dkt. no. 28) to the U.S. Bankruptcy Court's Report & Recommendation (dkt. no. 25), pursuant to Local Rule 7-6(b). The Rhodes Defendants filed their objection on July 18, 2013, and the Litigation Trust filed its response on August 1, 2013 (dkt. no. 31). The Litigation Trust filed its objection on July 19, 2013, and the Rhodes Defendants filed their response on August 5, 2013 (dkt. no. 34). The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis. The Court is working on motions submitted before September 30, 2013, and will be moving through them chronologically. The Court currently has before it over 100 civil

cases with at least one pending motion that was filed prior to the objections in this case. The parties' objections do not fall within the category that requires expedited disposition and will therefore be decided in the order of pending motions in civil cases. The Court expects to address the pending objections by the end of the year. Oral argument will be scheduled if the Court determines argument is necessary.

DATED THIS 25th day of October 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE