KEMP, JONES & COULTHARD, LLP
William L. Coulthard, Esq. (Nev. Bar No. 3927)
3800 Howard Hughes Parkway 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000 | Facsimile: (702) 385-6001
w.coulthard@kempjones.com
*Attorneys for Defendants James M. Rhodes;*
*Sagebrush Enterprises, Inc.; and Rhodes Ranch, LLC*

Nitz, Walton & Heaton, Ltd.
W. Owen Nitz, Esq. (Nev. Bar No. 115)
601 S. 10th Street, Suite 201
Las Vegas, Nevada 89101
Telephone: (702) 474-4004 | Facsimile: (702) 384-3011
owen@nwhltd.com
*Attorneys for Defendants John C. Rhodes,*
*Trustee of the James M. Rhodes Dynasty Trust I*
*and James M. Rhodes Dynasty Trust II;*
*Gypsum Resources, LLC; and Truckee Springs Holdings, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| *In re:*<br><br>THE RHODES COMPANIES, LLC,<br>a/k/a "Rhodes Homes," et al.,<br><br>*Reorganized Debtors.* | Case # 2:12-cv-01272-MMD-VCF BASE<br>Case # 2:13-cv-00704-MMD-VCF<br>Adversary Case # 12-01099-LBR<br>Bankruptcy Case # 09-14814-LBR (Ch. 11) |
| THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC, ET AL.,<br><br>*Plaintiff*,<br><br>v.<br><br>JAMES M. RHODES; SEDORA HOLDINGS, LLC; SAGEBRUSH ENTERPRISES, INC.; GYPSUM RESOURCES, LLC; TRUCKEE SPRINGS HOLDINGS, INC.; JOHN C. RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I; JOHN C. RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST II; and RHODES RANCH, LLC,<br><br>*Defendants*. | **Rhodes Defendants and Plaintiff's Joint Stipulation Under LR 6-2 to Continue Briefing Schedule on Plaintiff's Motion for Partial Summary Judgment on Count 2 [First Request]** |

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

1  Defendants James M. Rhodes, Sagebrush Enterprises, Inc., Rhodes Ranch, LLC, John
2  C. Rhodes, Trustee of the James M. Rhodes Dynasty Trust I, John C. Rhodes, Trustee of the
3  James M. Rhodes Dynasty Trust II, Gypsum Resources, LLC, and Truckee Springs Holdings,
4  Inc. ("Rhodes Defendants") and Plaintiff The Litigation Trust of the Rhodes Companies,
5  LLC, Et Al. ("Plaintiff"), hereby file this stipulation and state as follows:

6  Plaintiff filed its Motion for Partial Summary Judgment on Count 2 on February 25,
7  2015 ("Motion"). Pursuant to LR 7-2(e) and FRCP 6(a)(1)(c), Rhodes Defendants' response
8  is due on March 23, 2015. Pursuant to LR 7-2(e), Plaintiff's reply is due within 14 days of
9  service of the response. Due to the significance of the matters at issue in the Motion, Parties
10 desire additional time to file their respective response and reply. Accordingly, Rhodes
11 Defendants and Plaintiffs stipulate and agree that the remainder of the briefing schedule for
12 the Motion be extended as follows:

22 / / /
23 / / /
24 / / /

2

1   Rhodes Defendants response to the Motion is due on March 30, 2015; and

2   Plaintiff's reply in support of the Motion is due on April 20, 2015.

3   /s/ William L. Coulthard                 /s/ James H. Walton
KEMP, JONES & COULTHARD, LLP     NITZ, WALTON & HEATON, LTD.
4   William L. Coulthard, Esq.              James H. Walton, Esq.
3800 Howard Hughes Parkway 17th Floor     601 S. 10th Street, Suite 201
5   Las Vegas, Nevada 89169                 Las Vegas, Nevada 89101
*Attorneys for Defendants James M.*        *Attorneys for Defendants John C. Rhodes,*
6   *Rhodes; Sagebrush Enterprises, Inc.; and*  *Trustee of the James M. Rhodes Dynasty Trust I*
*Rhodes Ranch, LLC*                        *and James M. Rhodes Dynasty Trust II;*
7                                          *Gypsum Resources, LLC; and Truckee Springs*
                                           *Holdings, Inc.*

8

9   /s/ Michael J. Yoder
Michael J. Yoder
DIAMOND MCCARTHY, LLP
10  6855 S. Havana Street, Suite 220
Centennial, CO 80112
11  *Attorneys for The Litigation Trust of the*
*Rhodes Companies, LLC Et Al.*

12

13                                          IT IS SO ORDERED.

14

15                                          UNITED STATES DISTRICT JUDGE

16                                          DATED: March 19, 2015

KEMP, JONES & COULTHARD, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

3