William L. Coulthard, Esq. (NV No. 3927)
Kemp, Jones & Coulthard, LLP
3800 Howard Hughes Pkwy., 17th Fl.
Las Vegas, Nevada 89169
(T) 702.385.6000 | (F) 702.385.6001
w.coulthard@kempjones.com
*Counsel for James Rhodes; Sagebrush Enterprises, Inc.; and Rhodes Ranch LLC*

W. Owen Nitz, Esq. (NV No. 115)
Nitz, Walton & Heaton, Ltd.
601 S. 10th Street, Ste. 201
Las Vegas, Nevada 89101
(T) 702.474.4004 | (F) 702.384.3001
owen@nwhltd.com
*Counsel for John C. Rhodes, Trustee of the James M. Rhodes Dynasty Trust I; John C. Rhodes, Trustee of the James M. Rhodes Dynasty Trust II; Gypsum Resources, LLC; and Truckee Springs Holdings, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: THE RHODES COMPANIES, LLC, aka "Rhodes Homes," *et al.*,<br><br>Reorganized Debtors | Consolidated Case #2:12-cv-01272-MMD-VCF<br>District Case #2:13-cv-00704-MMD-VCF<br>Bankruptcy Case #09-14814-GWZ (Ch. 11)<br>Adversary Proceeding #12-01099-GWZ |
| THE LITIGATION TRUST OF THE RHODES COMPANIES, LLC, ET AL.,<br><br>Plaintiff,<br><br>v.<br><br>JAMES M. RHODES; SEDORA HOLDINGS, LLC; SAGEBRUSH ENTERPRISES, INC.; GYPSUM RESOURCES, LLC; TRUCKEE SPRINGS HOLDINGS, INC; JOHN C. RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST I; JOHN C. RHODES, TRUSTEE OF THE JAMES M. RHODES DYNASTY TRUST II; and RHODES RANCH, LLC | **MOTION TO WITHDRAW CAROL L. HARRIS, ESQ. AS ATTORNEY OF RECORD** |

WILLIAM L. COULTHARD, ESQ. and NATHANAEL R. RULIS, ESQ. of the law firm KEMP, JONES & COULTHARD, LLP, hereby request that Carol L. Harris, Esq. be withdrawn as counsel of record. Carol L. Harris left her position at Kemp, Jones & Coulthard in July 2015 and no longer represents James Rhodes, Sagebrush Enterprises,

Inc., and Rhodes Ranch, LLC. The law firm of Kemp, Jones & Coulthard, LLP, 3800 Howard Hughes Parkway, Seventeenth Floor, Las Vegas, Nevada 89169, will remain as counsel of record for James Rhodes, Sagebrush Enterprises, Inc., and Rhodes Ranch, LLC. For the reason that Ms. Harris is no longer associated with the law firm of Kemp, Jones & Coulthard, LLP, counsel asks that this motion be granted and that Carol L. Harris be withdrawn as counsel of record.

DATED this 30th day of September, 2015.

Kemp, Jones & Coulthard, LLP

_____
William L. Coulthard, Esq.
Nev. Bar #3927
Nathanael R. Rulis, Esq.
Nev. Bar #11259
3800 Howard Hughes Pkwy. 17TH Floor
Las Vegas, Nevada 89169
*Counsel for James M. Rhodes; Sagebrush Enterprises, Inc.; & Rhodes Ranch, LLC*

2

**ORDER**

IT IS HEREBY ORDERED that the Motion to Withdraw Carol L. Harris, Esq. as Attorney of Record is hereby granted.

IT IS SO ORDERED this <u>  2nd  </u> day of ~~September~~ October, 2015.

_____
UNITED STATES ~~DISTRICT COURT~~ JUDGE
Magistrate

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 30 day of September, 2015, I caused the foregoing document to be filed electronically via the electronic filing system of the United States District Court, which caused a true and correct copy of the foregoing to thereafter be served electronically via the Court's ECF noticing system upon those parties registered to receive electronic service in this case.

/s/ Angela Embrey

4